# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1884.  STARLING GILLINGS v. FAREEMA SALEX.**

Plaintiff Starling Gillings filed an action in Dekalb County magistrate court against defendant Fareema Salex for damages stemming from a car accident.  After an adverse judgment, Gillings appealed to the state court, which also ruled against her. Gillings then filed a notice of appeal from the state court's order.  We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (11); see *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Gillings's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*